Order entered October 16, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00544-CR

JUVENCIO SAMUEL CARILLO, Appellant

V.

THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F10-19275-I**

## ORDER

The Court **REINSTATES** the appeal.

On October 8, 2012, we ordered the trial court to make findings regarding why the reporter's record had not been filed. The above appeal, however, is a duplicate of cause no. 05-12-01176-CR, and the reporter's record was filed on August 24, 2012 in cause no. 05-12-01176-CR. Therefore, we **VACATE** the October 8, 2012 order requiring findings. Henceforth, all filings regarding this appeal shall be only in cause no. 05-12-00544-CR.

The clerk's record, reporter's record, and appellant's brief have been filed. Accordingly,

the State's brief is due within thirty days of the date of this order.

_____
DAVID L. BRIDGES
JUSTICE